# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00336-CV

**Randy Jennings, Appellant**

**v.**

**Wells Fargo Bank, N.A., Appellee**

## FROM THE TRAVIS COUNTY DISTRICT COURT, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-15-000352, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal on June 1, 2015, stating that he is appealing an "Order to Proceed with Notice of Foreclosure Sale." Under Texas Rule of Civil Procedure 736.8, an order granting or denying an application for an expedited order allowing foreclosure of a lien is not subject to appeal. *See* Tex. R. Civ. P. 736.8(c). In his notice of appeal, Appellant stated that he "is aware that under Rule 736 no appeal may be made from any grant or denial of the Order [entered on April 13, 2015]." (Brackets in original.)

On July 9, 2015, the Clerk of this Court requested a response from appellant by July 20, 2015. The Clerk advised appellant that he must inform this Court of the basis on which jurisdiction exists or that this Court would dismiss this cause for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). No response has been received. We dismiss the appeal for want of jurisdiction. *See id..*

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Jurisdiction

Filed:   July 28, 2015